[Coös, December, 1880.]

LAMSON v. STEVENS.

*W. & H. Heywood*, for the plaintiff.

*Ray, Drew & Jordan*, for the defendant.

REPLEVIN, for hay attached by the defendant as the property of Chandler. The question was, whether the title of the hay had passed, by sale, from the plaintiff to Chandler at the time of the attachment; and this depended upon their understanding. A referee having found that upon their understanding the title had not passed, judgment was rendered for the plaintiff.

SMITH, J., did not sit: the others concurred.

---

[Coös, December, 1880.]

MT. WASHINGTON RAILROAD v. THE STATE.

*Barnard* and *George*, for the plaintiff.

*Tappan*, attorney-general, for the defendant.

APPEAL from the assessment of a tax. The question was settled by the decision in *B., C. & M. Railroad* v. *The State, ante* 87.

*Report recommitted.*

All concurred.